448 A.2d 1175

Commonwealth v. Weichman, Appellant.

Argued February 16, 1982. William G. Sherr, for appellant; Richard R. Tomsho, Assistant District Attorney, submitted a brief on behalf of Commonwealth, appellee.

Before JOHNSON, MONTEMURO and MONTGOMERY, JJ.

Judgment of sentence affirmed.